IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| THE ESTATE OF LARRY EUGENE PRICE, JR., by and through its Special Administrator, Rodney Price, | ) ) ) ) | |
| Plaintiffs, | ) ) | 2:23-cv-02008-PKH |
| v. | ) ) | |
| TURN KEY HEALTH CLINICS, LLC, an Oklahoma corporation; SEBASTIAN COUNTY, ARKANSAS; JAWAUN LEWIS, DO; CHRISTEENA FERGUSON; and J. DOES 1-20, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT BY
DEFENDANT TURN KEY HEALTH CLINICS, LLC**

Pursuant to the requirements of Fed. R. Civ. P. 7.1, Turn Key Health Clinics, LLC, a named Defendant in the above-styled cause, makes the following disclosure statement reflecting changes in previously disclosed information:

1. Turn Key Health Clinics, LLC is not a publicly held corporation or other publicly held entity.

2. TK Health Holdings, LLC (a Delaware limited liability company) and TCSCFI TK, LLC (a Delaware limited liability company) are the parent corporations of Turn Key Health Clinics, LLC.

3. TK Health Holdings, LLC and TCSCFI TK, LLC are not publicly held corporations.

4.	No publicly held corporation or other publicly held entity owns 10% or more of Turn Key Health Clinics, LLC.

5.	No publicly held corporation or other publicly held entity has a direct financial interest in the outcome of this litigation.

6.	Turn Key Health Clinics, LLC has no subsidiaries.

7.	Turn Key Health Clinics, LLC is not a trade association.

Dated this 4th day of May, 2023.

>	Alexandra G. Ah Loy, AR Bar #2020020
>	HALL BOOTH SMITH, P.C.
>	6301 Waterford Blvd., Ste. 200
>	Oklahoma City, OK 73118
>	Telephone: (405) 513-7111
>	Facsimile: (405) 768-1414
>	E-Mail: AllieAhLoy@hallboothsmith.com
>	*Attorneys for Defendants Turn Key Health Clinics, LLC, Jawaun Lewis, D.O., and Christeena Ferguson*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of May, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF parties of record.

Edwin Budge:	ed@budgeandheipt.com
Erik Heipt:	erik@budgeandheipt.com
Hank Balson:	hank@budgeandheipt.com
Jason Owens:	owens@jowenslawfirm.com

>	*/s/Alexandra Ah Loy*
>	ALEXANDRA G. AH LOY