# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

| | | |
|---|---|---|
| THE ESTATE OF LARRY EUGENE PRICE, JR., by and through its Special Administrator, Rodney Price, | ) ) ) ) | |
| Plaintiffs, | ) ) | 2:23-cv-02008-PKH |
| v. | ) ) | |
| TURN KEY HEALTH CLINICS, LLC, an Oklahoma corporation; SEBASTIAN COUNTY, ARKANSAS; JAWAUN LEWIS, DO; CHRISTEENA FERGUSON; and J. DOES 1-20, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: <u>Defendants, Turn Key Health Clinics, LLC, Jawaun Lewis, D.O. and Christeena Ferguson.</u>

Date: November 20, 2023

Respectfully submitted,

Julie Hill, AR Bar No. #2023194
HALL BOOTH SMITH, P.C.
200 River Market Avenue, Suite 500
Little Rock, Arkansas 72201
(501) 214-3499
(501) 604-5566 Facsimile
jhill@hallboothsmith.com

*Attorneys for Defendants Turn Key Health Clinics, LLC, Jawaun Lewis, D.O., and Christeena Ferguson*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Edwin Budge | ed@budgeandheipt.com |
| Erik Heipt | erik@budgeandheipt.com |
| Hank Balson | hand@budgeandheipt.com |
| Jason E. Owens | owens@jowenslawfirm.com |

*s/ Julie Hill*
JULIE HILL

2