| | |
|---|---|
| **From:** | Zachary Williams |
| **Sent:** | Monday, December 18, 2023 6:49 PM |
| **To:** | Hank Balson; Alexandra G. Ah Loy |
| **Cc:** | Erik Heipt; Edwin Budge; Lorna Pennington |
| **Subject:** | RE: Price - Supplemental Discovery [IMAN-DMS.FID1730369] |

Sincere apologies for the delay and thanks for your patience – it took some time to go through the records received on site. That said, these questions seem to have been addressed in earlier discovery responses or in our last phone conversation, and I believe we have previously answered most, if not all, of these questions and/or produced the requested documents. I have asked if there are other components to the policy that we have, and can update if there is anything else responsive. Concerning the RFPs, we stand by our previous responses - If you would like to discuss narrowing the requests for a more specific timeframe or for a specific individual or certain financial documentation, we can set a time for a call.

**Zachary Williams**

Attorney at Law | Hall Booth Smith, P.C.

**O:** 405.513.7111
**D:** 405.509.7870

6301 Waterford Boulevard, Suite 200
Oklahoma City, OK 73118
hallboothsmith.com



CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.

**From:** Hank Balson <hank@budgeandheipt.com>
**Sent:** Monday, December 4, 2023 1:27 PM
**To:** Zachary Williams <zwilliams@hallboothsmith.com>; Alexandra G. Ah Loy <allieahloy@hallboothsmith.com>
**Cc:** Erik Heipt <erik@budgeandheipt.com>; Edwin Budge <ed@budgeandheipt.com>; Lorna Pennington <lpennington@hallboothsmith.com>
**Subject:** RE: Price - Supplemental Discovery [IMAN-DMS.FID1730369]

Zach and Allie,

Will you be re-sending the discovery today?

In addition to the questions I asked below, please let me know if you intend to produce the documents responsive to Plaintiff's RFP Nos. 20-22 now that we have a protective order in place?

Thank you.

-Hank

**EXHIBIT 12**

**From:** Hank Balson
**Sent:** Friday, December 1, 2023 3:42 PM
**To:** 'Zachary Williams' <zwilliams@hallboothsmith.com>; Alexandra G. Ah Loy <allieahloy@hallboothsmith.com>
**Cc:** Erik Heipt <erik@budgeandheipt.com>; Edwin Budge <ed@budgeandheipt.com>; Lorna Pennington <lpennington@hallboothsmith.com>
**Subject:** RE: Price - Supplemental Discovery [IMAN-DMS.FID1730369]

Thank you, Zach. We are not able to access the documents through the links you provided. Would you mind sending them as attachments to your e-mail? In the meantime, I have a few follow-up questions:

1. Will you be producing the endorsements and schedules referenced in the insurance policy?
2. Will you be producing the employee training checklists?
3. Will you be producing responsive time records for anyone other than Dr. Lewis?

Turn Key has previously agreed to produce limited time records. If you would like to discuss narrowing the request for a more specific timeframe or for a specific individual, we can set a time for a call.

4. TKHC_1460 states, "The Chief Medical Officer establishes and annually approves clinical protocols consistent with national clinical practice guidelines." The documents further states that such protocols include one for "major Mental illnesses." Can you explain what that document is referencing and why you believe it is not responsive to our discovery requests?

All

-Hank

**From:** Zachary Williams <zwilliams@hallboothsmith.com>
**Sent:** Friday, December 1, 2023 2:47 PM
**To:** Hank Balson <hank@budgeandheipt.com>; Alexandra G. Ah Loy <allieahloy@hallboothsmith.com>
**Cc:** Erik Heipt <erik@budgeandheipt.com>; Edwin Budge <ed@budgeandheipt.com>; Lorna Pennington <lpennington@hallboothsmith.com>
**Subject:** Price - Supplemental Discovery [IMAN-DMS.FID1730369]

Hank,

You should have received links to the supplemental documents, including the requested time records, verifications, and personnel file. Please let me know if you have issues with the files.

By way of follow up:

- I have checked on the insurance policy – The policy produced is the correct policy.
- As confirmed through deposition testimony, the Small Sites Quarterly Checklist was not used.
- Regarding the monthly statistics, the information requested was produced in its entirety, the only difference is that the spreadsheet format was updated.
- I can confirm our IT vendor completed the search as requested.
- There are no responsive documents regarding the 2019 meeting.
- All responsive clinical protocols have been produced.
- Regarding TKHC1459-60, All responsive protocols have been produced.

Note that we are still working through the thousands of documents obtained from SCDC.

**EXHIBIT 12**

**Zachary Williams**
Attorney at Law | Hall Booth Smith, P.C.

**O:** 405.513.7111
**D:** 405.509.7870

6301 Waterford Boulevard, Suite 200
Oklahoma City, OK 73118
hallboothsmith.com

CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.