```
                    IN THE UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF ARKANSAS
                           FORT SMITH DIVISION

THE ESTATE OF LARRY EUGENE
PRICE JR, by and through its Special
Administrator, Rodney Price,                              PLAINTIFF

    vs.                                  Case No:  2:23-cv-02008-PKH

TURN KEY HEALTH CLINICS, LLC, et al,                      DEFENDANTS

                       The Zoom Deposition of:

                            BETHINA RAYBOURN
             being taken on November 28, 2023 @ 10:00 a.m.
          at the Judge's Room, Courtyard Marriott Downtown,
            900 Rogers Avenue, Fort Smith, Arkansas  72901


APPEARANCES:                                              ON BEHALF OF:

MR. ERIK J. HEIPT (via Zoom)                              PLAINTIFF
MR. HANK BALSON (via Zoom)
MR. ED BUDGE (via Zoom)
Budge & Heipt
808 East Roy Street
Seattle, WA  98102

MS. ALEXANDRA G. AH LOY (via Zoom)                        DEFENDANTS
MR. ZACH WILLIAMS (via Zoom)
Hall Booth Smith, PC              Turn Key Health Clinics, LLC
6301 Waterford Blvd., Ste 200     Jawaun Lewis, D.O.
Oklahoma City, OK  73118          Christeena Ferguson

MR. JASON OWENS (via Zoom)        Sebastian County, Arkansas
Jason Owens Law Firm, P.A.
1312 W. Oak Street
Conway, AR  72034

Other persons present:  Rodney Price (via Zoom)



                    RICK L. CONGDON, ARCCR #631
                       CERTIFIED COURT REPORTER
                           P. O. Box 8493
                      Fort Smith, Arkansas 72902
         email:  rlcongdon@hotmail.com / cell phone: 479-652-0146
```

EXHIBIT 16

2

1  The Zoom deposition of Bethina Raybourn was taken on
2  November 28, 2023, beginning at the hour of 10:00 a.m. at the
3  Judge's Room, Courtyard Marriott Downtown, 900 Rogers Avenue,
4  Fort Smith, Arkansas, before me, Rick L. Congdon, a Certified
5  Court Reporter, and for the cause now pending in the United
6  States District Court, Western District of Arkansas, Fort Smith
7  Division, said deposition was taken pursuant to Notice.

I N D E X

WITNESS:                                                    PAGE

BETHINA RAYBOURN

    Direct Examination by Mr. Balson.......................3
    Cross Examination by Mr. Williams.....................30

WITNESS CERTIFICATION....................................32

REPORTER'S CERTIFICATE...................................34

EXHIBITS MARKED FOR IDENTIFICATION AND ATTACHED

Deposition Exhibit No. 1 - Medical Request Form

Deposition Exhibit No. 2 - Segregated Inmates document

**EXHIBIT 16**

7

1   A.  Yes.
2   Q.  Approximately how long after you started working at
3   Sebastian County jail did you become aware of Larry Price?
4   A.  I don't recall Larry Price.
5   Q.  Do you recall him now that you've reviewed your notes?
6   A.  No.
7   Q.  Do you have any recollection of hearing about him after you
8   left Turn Key?
9   A.  No.
10  Q.  Did you, when you were notified of this deposition did you
11  speak with anybody other than Miss Ah Loy about him?
12  A.  No.
13  Q.  Did you ever read anything about Mr. Price in any newspaper
14  articles or see any stories about him on television?
15  A.  No.
16  Q.  I'm going to show you the document that I think you're
17  referring to earlier, your chart note.  And, Rick, can you
18  allow me to share my screen, please?
19  (Off the record at this time.)
20  BY MR. BALSON:
21  Q.  Okay.  So, Miss Rayburn, you're seeing the Sick Call
22  Request Form?
23  A.  Correct.
24  Q.  Okay.  And is this the document you were referring to
25  earlier --

EXHIBIT 16

8

1   A.   Yes.
2   Q.   -- that you had seen?  Okay.  So this is a print up from
3   Request Manager, is that right?
4   A.   Yes.
5   Q.   And does this indicate that Larry Price requested sick call
6   on January 8, 2021?
7   A.   Yes.
8   Q.   Okay.  And it looks like on that date he wrote "I'm sick
9   and have lost a lot of weight; I need to see a doctor."  Do you
10  see that?
11  A.   Yes.
12  Q.   Okay.  And then lower on the -- lower on the form there's
13  some handwriting that says "non-compliant, unable to get a SC."
14  Is that "unable to get sick call"?
15  A.   Correct.
16  Q.   Is that your initials underneath that?
17  A.   That's my signature.
18  Q.   Oh, okay.  So you wrote that note "unable to get sick call;
19  non-compliant"?
20  A.   Correct.
21  Q.   All right.  Do you remember anything at all about this
22  encounter?
23  A.   No.
24  Q.   Do you recall how you became aware of this sick call
25  request?

**EXHIBIT 16**

```
                                                              11
1    incident.  I don't recall any of this, so it's really hard to
2    speculate on that.
3    Q.  I understand.  And what I'm trying to figure out is your
4    practice when you would write "non-compliant," what could it
5    possibly mean.  Did it always mean a verbal denial?  Could it
6    mean just --
7    A.  Non-compliant to me --
8    Q.  -- ignoring your requests?  What did it mean?
9    A.  I'm sorry.  Non-compliant to me would mean not willing to
10   continue with the visit.
11   Q.  So would you have written "non-compliant," if the patient
12   said "I don't want the visit anymore"?
13   A.  No, I would have wrote "refused."
14   Q.  Would you have written "non-compliant" if the patient was
15   lying on his bunk and didn't respond --
16   A.  No.
17   Q.  -- to your appearance at the door?
18   A.  No.
19   Q.  What would you have written in that situation?
20   A.  "Notified hospital."
21   Q.  Well, what does that mean?
22   A.  I would have called the hospital and gotten them the
23   treatment they needed if they were unresponsive.
24   Q.  If you saw a patient for sick call in segregation, would
25   you have opened -- had the officer open the door immediately
```

EXHIBIT 16

```
                                                        12
1    for that encounter or would you have started by knocking or
2    trying to speak to the patient through the door?
3    A.   Through the door.
4    Q.   And if the patient kind of rolled over and looked at you,
5    but then didn't answer, what would you have done?
6    A.   Tried to encourage them to continue with the visit.
7    Q.   And if they ignored you, what would you have done?
8    A.   I guess, I would have just checked on him and said "Hey,
9    are you okay" or "do you want to continue?"
10   Q.   If he didn't, is that a situation where you would have
11   indicated "non-compliant" on the form?
12   A.   No.
13   Q.   What would you have written in that situation?
14   A.   Patient unwilling to continue visit.
15   Q.   Based on your regular practice and how things worked for
16   you when you worked at the Sebastian County Jail, what does
17   "non-compliant" mean to you when you see that written?
18   A.   Hostile.
19   Q.   Hostile?
20   A.   Yes.
21   Q.   And "hostile" would indicate what?
22   A.   I'm sorry.  I don't understand that question.
23   Q.   Sure, when you say "hostile," would that mean the person
24   was yelling at you expressing frustration, body language
25   indicating hostility?  What does that indicate to you?
```

EXHIBIT 16

13

1  A.  Yes, those things, yelling, screaming, possibly throwing
2  stuff, just hostile.
3  Q.  Okay.  When a patient was non-compliant, what steps, if
4  any, would you take to address the non-compliance?
5  A.  If I needed to, I would report it to my supervisor, but
6  after a non-compliant visit our duty was complete.  There's
7  nothing you can do.  The patients are allowed to refuse.
8  Q.  In what situations would you feel the need to report it to
9  your supervisor?
10  A.  Bodily harm to myself or to themselves, any signs or
11  significance of suicidal ideations, anything that would cause
12  them harm or me harm.
13  Q.  Would you report non-compliance or refusal to the health
14  services administrator?
15  A.  No.
16  Q.  Would you report non-compliance or refusal to a medical
17  provider?
18  A.  No.
19  Q.  Did you have a practice or were you aware of a Turn Key
20  practice of what to do when a patient requested sick call for
21  what could possibly be a serious condition and then turned out
22  to be non-compliant with the visit or refused the visit?  Was
23  there any steps you were supposed to take or that you routinely
24  did take?
25         MR. WILLIAMS:  Objection to form.

EXHIBIT 16