IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| THE ESTATE OF LARRY EUGENE PRICE, JR., by and through its Special Administrator, Rodney Price, | ) ) ) ) | |
| Plaintiffs, | ) ) | 2:23-cv-02008-PKH |
| v. | ) ) | |
| TURN KEY HEALTH CLINICS, LLC, an Oklahoma corporation; SEBASTIAN COUNTY, ARKANSAS; JAWAUN LEWIS, DO; CHRISTEENA FERGUSON; and J. DOES 1-20, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT TURN KEY HEALTH CLINICS, LLC'S MOTION
FOR ENTRY OF PROTECTIVE ORDER UNDER RULE 26(c)**

COMES NOW Defendant, Turn Key Health Clinics, LLC, pursuant to Paragraph 8.a. of the Stipulated Protective Order (Dkt. # 24) and Fed. R. Civ. P. 26(c), and respectfully moves this Court to approve and enforce Turn Key's designation of certain documents as confidential through the course and scope of discovery. In support, Defendant shows as follows:

1. Throughout the course of discovery, Defendant has made voluminous document production to Plaintiff of over 3,000 pages of records, including but not limited to medical records, proprietary company policies, procedures, nursing protocols, training materials, job descriptions, and personnel files; insurance policies with endorsements thereto; and voluminous internal and external e-mail communications maintained within Turn Key's e-mail server.

2. Pursuant to Section 2 of the Stipulated Protective Order (Dkt. # 24), Turn Key designated portions of its voluminous document production as "confidential."

3. Turn Key maintains that all such designations of confidentiality were made in good faith and were appropriate.

4. Turn Key's first production of records including the confidential designation was made nearly a year ago on June 7, 2023, and its most recently supplemented document production with such confidential designation in this matter occurred on January 18, 2024.

5. On February 29, 2024, Plaintiff, for the first time, challenged Turn Key's designation of confidentiality on the following documents:

| No. | Bates No. | Description of Document |
| --- | --- | --- |
| 1. | TKHC 0257 | Turn Key's Internal Unusual Occurrence/Incident Report |
| 2. | TKHC 0295-0330 | Turn Key's Proposal to Sebastian County |
| 3. | TKHC 0331-0332 | Revisions to Turn Key proposal to Sebastian County |
| 4. | TKHC 0333-0339 | Turn Key's Proprietary Sebastian County Statistics |
| 5. | TKHC 0340-0509 | Turn Key's Proprietary Policies & Procedures for the Sebastian County Detention Center |
| 6. | TKHC 0510-0546 | Turn Key's Proprietary Nursing Protocols |
| 7. | TKHC 0835-0836 | Turn Key's Proprietary Health Services Administrator Job Descriptions for 2020 and 2021 |
| 8. | TKHC 0841 | 10/6/19 Internal Turn Key E-mail Communications |
| 9. | TKHC 0848-0853 | Internal Turn Key E-mail Communication (September 2019 E-mail and Attached Memo regarding ADC Inmates) |
| 10. | TKHC 0863-0870<br>TKHC 0873-0880<br>TKHC 0882-0904 | Proprietary Turn Key Forms |
| 11. | TKHC 0911-0914 | Turn Key's Proprietary Policy J-34: Mental Health Screening & Evaluation (9/20/19) |
| 12. | TKHC 0915 | 11/1/19 Internal Turn Key E-mail Communication from Chief Medical Officer Dr. Cooper to Turn Key Recipients regarding Turn Key Practices ("lab reminder & updates") |

| | | |
|---|---|---|
| 13. | TKHC 0916-0917 | Turn Key Proprietary Monthly Health Services Report with 11/1/19 cover E-mail from Donna Newman |
| 14. | TKHC 0938-0939 | Turn Key Proprietary Data Collection Form with 11/15/19 Cover E-mail from Kara Black |
| 15. | TKHC 0977-0984 | 12/10/19 E-mail to Holwick with Attachment (Proposed Business Associate Agreement) |
| 16. | TKHC 0985-0988 | Internal Turn Key E-mail Communication December 2019 E-mails re "Follow up on Questionnaire" |
| 17. | TKHC 1019-1025 | Internal Legal Draft of Business Associate Agreement |
| 18. | TKHC 1201-1222 | Proprietary Turn Key Covid-19 Information |
| 19. | TKHC 1223-1232 | Tuberculosis Information |
| 20. | TKHC 1233-1239 | Turn Key's Internal Covid-19 Communications |
| 21. | TKHC 1246 | Turn Key's Internal Covid-19 Plan of Action |
| 22. | TKHC 1252-1270 | E-mails from Chief Medical Officer Dr. Cooper to Internal Turn Key Recipients regarding Company COVID-19 Practice Updates |
| 23. | TKHC 1311-1636 | Turn Key's Proprietary Orientation and Training Slides |
| 24. | TKHC 1647-1656 | Internal Turn Key E-Mail Communications |
| 25. | TKHC 1679-1688 | Internal Turn Key E-Mail Communications |
| 26. | TKHC 1729 | 10/20/21 Internal Turn Key E-mail Communication |
| 27. | TKHC 1732 | 10/26/2020 Internal Turn Key E-mail Communication |
| 28. | TKHC 1758 | 11/23/2020 Internal Turn Key E-mail Communication |
| 29. | TKHC 1759-1981 | 12/1/2020 Internal Turn Key E-mail Communication with Attachments |
| 30. | TKHC 1982-1983 | 12/1/2020 Internal Turn Key E-mail Communication with Attachment |
| 31. | TKHC 1987-2209 | 12/15/2020 Internal Turn Key E-mail Communication with Attachments |
| 32. | TKHC 2240-2248 | 2021 Proprietary Turn Key Nursing Protocols with Cover E-mail |
| 33. | TKHC 2254 | 2/2/21 Internal Turn Key E-mail Communication |
| 34. | TKHC 2403-2628 | Proprietary Turn Key Orientation and Training Slides with Cover E-mail |
| 35. | TKHC 2629-2632 | Internal Turn Key E-mail Communications |
| 36. | TKHC 2647-2671 | Proprietary Turn Key Nursing Protocols with Cover E-mail |
| 37. | TKHC 2672-2709 | Internally Disseminated Turn Key Pharmaceutical Clinical Update with Cover E-mail |
| 38. | TKHC 2730-2731 | 06/14/21 Internal Turn Key E-mail Communication |
| 39. | TKHC 2736-2737 | Proprietary Turn Key Hunger Strike Protocol with Cover E-mail |

| 40. | TKHC 2750 | 07/28/21 Internal Turn Key E-mail Communication |
| 41. | TKHC 2751-2752 | Proprietary Turn Key FIT Guidelines with Cover E-mail |
| 42. | TKHC 2767-2776 | Proprietary Turn Key Nursing Protocols with Cover E-mail |
| 43. | TKHC 2966 | Proprietary Turn Key Intake & Output Patient Care Form |

See Exhibit 1, *February 29, 2024 E-Mail from Mr. Balson*.

6. After conferring in good faith, Defendant Turn Key agreed to withdraw its confidentiality designation on Designated Item Nos. 15 (12/10/19 E-mail to Holwick with attachment (proposed Business Associate Agreement) and 19 (Tuberculosis Information).

7. Turn Key maintains its confidential designations to the remainder of the materials whose confidentiality designation has been challenged by Plaintiff and now moves the Court for a protective order approving and enforcing Turn Key's confidentiality designations of the same.

8. Pursuant to Local Rule 7.2(g), Defendant's counsel has conferred with Plaintiff's counsel in a good faith attempt to resolve the issues in dispute. However, the parties have been unable to resolve their disagreements without the intervention of this Court.

9. In support of this Rule 26(c) Motion for Protective Order, Turn Key also files a memorandum and brief in support contemporaneously herewith for the Court's consideration.

WHEREFORE, Defendant Turn Key Health Clinics, LLC respectfully requests this Court to rule that the documents challenged by Plaintiff as confidential (which are submitted for the Court's *in camera* review on this day), and issue a Protective Order to preserve the confidentiality of Turn Key's identified documents.

Respectfully submitted,

Alexandra G. Ah Loy, AR Bar #2020020
Zachary Williams, OBA #34050
HALL BOOTH SMITH, P.C.
6301 Waterford Blvd., Ste. 200
Oklahoma City, OK 73118
Telephone: (405) 513-7111
Facsimile: (405) 768-1414
E-Mail: AllieAhLoy@hallboothsmith.com
E-Mail: zwilliams@hallboothsmith.com
*Attorneys for Defendants Turn Key Health Clinics, LLC, Jawaun Lewis, D.O., and Christeena Ferguson*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Edwin Budge | ed@budgeandheipt.com |
| Erik Heipt | erik@budgeandheipt.com |
| Hank Balson | hand@budgeandheipt.com |
| Jason E. Owens | owens@jowenslawfirm.com |

*s/ Alexandra G. Ah Loy*