UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| THE ESTATE OF LARRY EUGENE PRICE JR, by and through its Special Administrator, Rodney Price,<br><br>PLAINTIFF,<br><br>v.<br><br>TURN KEY HEALTH CLINICS, LLC, an Oklahoma corporation; SEBASTIAN COUNTY, ARKANSAS; JAWAUN LEWIS, DO; CHRISTEENA FERGUSON; and J. DOES 1-20,<br><br>DEFENDANTS. | No. 2:23-cv-02008 PKH |

**DECLARATION OF HANK BALSON IN SUPPORT OF
PLAINTIFF'S REQUEST FOR FEES UNDER RULE 37(a)(5)**

I, HANK BALSON, declare as follows:

1. I am one of the attorneys representing the plaintiff in this matter. I am over the age of 18, am competent to testify, and make this declaration based on my personal knowledge.

2. I am submitting this declaration as directed by the Court in its Opinion and Order granting Plaintiff's Motion to Compel Discovery from Defendant Turn Key Health Clinics. *See* ECF No. 43 at 12.

3. Plaintiff is requesting a total of $15,892.50in attorney fees related to Plaintiff's motion to compel. This total reflects voluntary reductions in both the hours claimed and the hourly billing rates of my co-counsel, Erik Heipt, and me.

4. I spent 74.3 hours drafting and editing Plaintiff's motion to compel (ECF 30), my declaration in support of the motion (ECF 31), Plaintiff's proposed order (ECF 30-1), Plaintiff's

1

Motion for Leave to File Reply Brief in Support of Motion to Compel (ECF 34), Plaintiff's Reply in Support of Motion to Compel Discovery (ECF 36), and this declaration. This is significantly more time than I typically spend on a discovery motion. The reason this motion required so much effort is because it addressed 12 separate discovery disputes—disputes pertaining to interrogatories and requests for production from six different sets of discovery requests served over a period of six months.

5. Attached to this declaration as **Exhibit A** is a true and correct copy of my contemporaneous time entries for the work described in the preceding paragraph.

6. In order to brief this motion, I had to locate and review more than six months of discovery pleadings, documents produced in response to RFPs, e-mails, letters, and notes of conversation so that I could accurately document the disputed issues, the parties' respective positions, and efforts to resolve the various disputes prior to seeking the Court's intervention. I also conducted legal research to support Plaintiff's arguments regarding its right to the disputed materials and information.

7. In recognition of the unusually high number of hours spent researching and briefing Plaintiff's discovery motion, I am requesting compensation for only 44.6 hours, which is 60 percent of the hours I logged.

8. I graduated from the University of Washington School of Law and was admitted to practice in Washington in 1999. I have been practicing law continuously since that time, focusing my practice on the representation of plaintiffs in civil rights claims under 42 U.S.C. § 1983 and other federal and state civil rights statutes.

9. For the first four-and-a-half years of my legal career, I worked as a staff attorney with the Institutions Project of Columbia Legal Services. I litigated civil rights and other claims

on behalf of individuals and classes confined in prisons, jails, and other institutions. I represented clients in state and federal courts, at the trial and appellate levels, in cases aimed at securing constitutionally adequate medical care, eliminating gender and disability discrimination, obtaining basic and special education services, enforcing public disclosure laws, and challenging other violations of state and federal rights.

10. In 2004 I left Columbia Legal Services and began working with Public Interest Law Group, PLLC (PILG), a private firm, where I continued to represent incarcerated clients with civil rights claims while also litigating employment civil rights claims in state and federal courts. While with PILG, I represented multiple clients challenging inadequate prison medical care under the Eighth Amendment. This included representation in federal district court and the Ninth Circuit Court of Appeals.

11. In 2016 I became Of Counsel with the law firm Budge & Heipt, PLLC, where my practice focuses on in-custody deaths involving claims of unconstitutional treatment by government actors and private contractors.

12. In January 2020, the United States District Court for the Eastern District of Washington approved an hourly rate of $450 for my time in connection with a discovery motion in a wrongful death case involving the death of a pretrial detainee in a county jail. *See Estate of Moreno v. Corr. Healthcare Cos.*, No. 4:18-CV-5171-RMP, 2020 U.S. Dist. LEXIS 40680, at *14-15 (E.D. Wash. Jan. 8, 2020). I recognize that attorney rates in the Western District of Arkansas likely differ from the rates in the Eastern District of Washington. Therefore, for the purpose of this fee request only, I am requesting fees at a rate of $325 per hour. *See Hum. Rights Def. Ctr. v. Baxter Cty.*, No. 3:17-CV-3070, 2023 U.S. Dist. LEXIS 202122, at *25 (W.D. Ark. Oct. 30, 2023)

(finding a rate of $325 per hour to be appropriate for a lawyer with just over 20 years of experience who represented prevailing party in civil rights action).

13. In summary, Plaintiff is requesting attorney fees at a rate of $325 per hour for 44.6 hours of Hank Balson's time and 4.3 hours of Erik Heipt's time (see separate declaration), for a total request of $15,892.50.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed this 15th day of April, 2024, at Palm Springs, California.

BUDGE & HEIPT, PLLC

 s/ Hank Balson
Hank Balson, WSBA No. 29250
hank@budgeandheipt.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date stated below this document was filed with the Clerk of the Court for the United States District Court for the Western District of Arkansas via the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Alexandra G. Ah Loy
AllieAhLoy@hallboothsmith.com
Zachary Williams
zwilliams@hallboothsmith.com
Julie Hill
jhill@hallboothsmith.com
Jason B Hendren
jhendren@hallboothsmith.com
Dalton O. Huerkamp
dhuerkamp@hallboothsmith.com

*Attorneys for Defendants Turn Key Health Clinics, LLC; Jawaun Lewis, DO; and Christeena Ferguson*

Jason Owens owens@jowenslawfirm.com

*Attorney for Defendant Sebastian County, Arkansas*

Dated this 15th day of April, 2024.

                                                      s/ Hank Balson
                                                      Hank Balson

Exhibit A

**Time Spent on Plaintiff's Motion to Compel (Hank Balson)**

| DATE | ACTIVITY | HOURS |
|---|---|---|
| July 25, 2023 | Review Turn Key discovery to identify items to move to compel | .4 |
| October 17, 2023 | Draft motion to compel | .5 |
| October 18, 2023 | Draft motion to compel | 1.7 |
| October 31, 2023 | Draft motion to compel | 1 |
| November 1, 2023 | Draft motion to compel | 1.1 |
| November 2, 2023 | Draft motion to compel | 3.2 |
| November 29, 2023 | Draft motion to compel | .4 |
| November 30, 2023 | Draft motion to compel | 1 |
| December 2, 2023 | Draft motion to compel | .5 |
| December 3, 2023 | Draft motion to compel | .5 |
| December 4, 2023 | Draft motion to compel | .5 |
| December 5, 2023 | Draft motion to compel | 1.3 |
| December 6, 2023 | Draft motion to compel | 1.3 |
| December 9, 2023 | Draft motion to compel | .8 |
| December 10, 2023 | Draft motion to compel | 1.1 |
| December 13, 2023 | Draft motion to compel | .4 |
| December 14, 2023 | Draft motion to compel | .2 |
| December 15, 2023 | Draft motion to compel | 1.6 |
| December 16, 2023 | Draft motion to compel | .4 |
| December 17, 2023 | Draft motion to compel | .8 |
| December 18, 2023 | Draft motion to compel | 1.1 |
| December 19, 2023 | Draft motion to compel | .4 |
| December 20, 2023 | Draft motion to compel | 2.4 |
| December 21, 2023 | Draft motion to compel | .3 |
| December 22, 2023 | Draft motion to compel | 3.8 |
| December 23, 2023 | Draft motion to compel | 1.6 |
| December 28, 2023 | Draft motion to compel | 1.4 |
| December 29, 2023 | Draft motion to compel | 1.2 |
| January 6, 2024 | Draft motion to compel | 1 |
| January 7, 2024 | Draft motion to compel | 1.3 |
| January 8, 2024 | Draft motion to compel | 1.3 |
| January 9, 2024 | Draft motion to compel | 2.1 |
| January 10, 2024 | Draft motion to compel | 4.8 |
| January 11, 2024 | Draft declaration in support of motion to compel | 1.7 |
| January 14, 2024 | Edit motion to compel | .4 |
| January 15, 2024 | Edit motion to compel | 3.8 |
| January 16, 2024 | Edit motion to compel | 3.5 |
| January 16, 2024 | Draft proposed order re motion to compel | .5 |
| January 30, 2024 | Draft reply in support of motion to compel | 1.3 |
| January 31, 2024 | Draft reply in support of motion to compel | 3 |
| February 1, 2024 | Draft reply in support of motion to compel | 6.8 |
| February 2, 2024 | Draft reply in support of motion to compel | 7.3 |
| February 2, 2024 | Draft motion for leave to file reply | .5 |
| February 2, 2024 | Edit reply in support of motion to compel | 1.4 |
| April 10, 2024 | Draft declaration in support of Rule 37 fee request | .3 |
| April 12, 2024 | Draft declaration in support of Rule 37 fee request | 2.4 |
| | **TOTAL:** | **74.3** |