UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| THE ESTATE OF LARRY EUGENE PRICE JR, by and through its Special Administrator, Rodney Price,<br><br>PLAINTIFF,<br><br>v.<br><br>TURN KEY HEALTH CLINICS, LLC, an Oklahoma corporation; SEBASTIAN COUNTY, ARKANSAS; JAWAUN LEWIS, DO; CHRISTEENA FERGUSON; and J. DOES 1-20,<br><br>DEFENDANTS. | No. 2:23-cv-02008 PKH |

**DECLARATION OF ERIK HEIPT IN SUPPORT OF
PLAINTIFF'S REQUEST FOR FEES UNDER RULE 37(a)(5)**

I, ERIK HEIPT, declare as follows:

1. I am one of the attorneys representing the plaintiff in this matter, along with Hank Balson and Ed Budge. I am over the age of 18, am competent to testify, and make this declaration based on my personal knowledge.

2. I am submitting this declaration as directed by the Court in its Opinion and Order granting Plaintiff's Motion to Compel Discovery from Defendant Turn Key Health Clinics. *See* ECF No. 43 at 12.

3. I have been practicing law for approximately 30 years. I graduated in 1994 from Willamette University College of Law, where I was an Associate Editor of the *Willamette Law Review*. Following law school, after being admitted to the California Bar, I clerked for the Honorable Justice Mario Ramil of the Hawaii Supreme Court. Thereafter, I worked for a large,

1

New York-based law firm in Washington, D.C. called Fried, Frank, Harris, Shriver & Jacobson, as a litigation associate and a member of the D.C. Bar. In 1998, I was admitted to practice in the State of Washington and co-founded the law firm of Budge & Heipt, PLLC, which is based in Seattle. I have continuously been a managing partner of Budge & Heipt, PLLC from 1998 through the present time. For at least two decades, our firm has focused almost exclusively on in-custody death cases.

4. I have litigated numerous Section 1983 wrongful death cases from start to finish, including many involving wrongful deaths in jails and prisons. I have litigated these cases against correctional healthcare companies, private jail operators, municipalities, state governments, and the United States. I have litigated in-custody death cases in the United States District Courts for the Western District of Washington, the Eastern District of Washington, the District of Oregon, the District of Nevada, the District of Hawaii, the District of Alaska, the Northern District of Ohio, the District of Colorado, the Eastern District of Texas, the Eastern District of Wisconsin, the Southern District of Indiana, and the Western District of Tennessee.

5. I have served as lead or co-counsel in multiple federal jury trials in civil rights cases involving in-custody deaths. We have obtained what we believe is the largest jury verdict in the nation sustained post-trial for a wrongful death in jail. We have also obtained what we believe to be the largest settlements ever obtained in jail death cases in several different states, including Washington, Texas, Indiana, Wisconsin, and Tennessee. I am routinely asked by attorneys around the country to advise them on jail and prison death cases and have been retained to perform this consulting work.

6. I spent 4.3 reviewing and editing Plaintiff's Motion to Compel (ECF 30), including the materials filed along with that motion, and reviewing and editing the reply brief filed in support

of it. This does not include the time that I spent cite checking case law and/or confirming the accuracy of citations to the record. Attached to this declaration as Exhibit A is a true and correct copy of my time entries for my work related to Plaintiff's motion.

7. In connection with other federal civil rights cases, I have been awarded between $500 and $650 per hour for my work. However, I recognize that attorney rates in the Western District of Arkansas likely differ from the rates in other jurisdictions in which I've litigated. Therefore, for the purpose of this fee request only, I am requesting fees at a rate of $325 per hour. *See Hum. Rights Def. Ctr. v. Baxter Cty.*, No. 3:17-CV-3070, 2023 U.S. Dist. LEXIS 202122, at *25 (W.D. Ark. Oct. 30, 2023) (finding a rate of $325 per hour to be appropriate for a lawyer with just over 20 years of experience who represented prevailing party in civil rights action).

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed this 15th day of April, 2024, at Seattle, Washington.

BUDGE & HEIPT, PLLC


 s/ Erik J. Heipt
Erik J. Heipt

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the date stated below this document was filed with the Clerk of the Court for the United States District Court for the Western District of Arkansas via the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Alexandra G. Ah Loy
AllieAhLoy@hallboothsmith.com
Zachary Williams
zwilliams@hallboothsmith.com
Julie Hill
jhill@hallboothsmith.com
Jason B Hendren
jhendren@hallboothsmith.com
Dalton O. Huerkamp
dhuerkamp@hallboothsmith.com

*Attorneys for Defendants Turn Key Health Clinics, LLC; Jawaun Lewis, DO; and Christeena Ferguson*

Jason Owens owens@jowenslawfirm.com

*Attorney for Defendant Sebastian County, Arkansas*

Dated this 15th day of April, 2024.

                                             s/ Hank Balson
                                             Hank Balson

Exhibit A

**Price Time Spent on Motion to Compel (Erik Heipt)**

| Date | Description of Work | Time Spent |
|---|---|---|
| **1/11/24** | Rev/edit motion to compel (1.6) | **1.6** |
| **1/16/24** | Rev/edit revised motion to compel and rev/edit appendix, proposed orders & HB Decl. & correspondence re same | **1.2** |
| **02/2/24** | Rev/edit reply in support of motion to compel; conf. w/HB re rules and disc. order replies; conf. w/Blake Montgomery re same; rev. & edit mot. for leave to file reply | **1.5** |