UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| THE ESTATE OF LARRY EUGENE PRICE JR, by and through its Special Administrator, Rodney Price,<br><br>PLAINTIFF,<br><br>v.<br><br>TURN KEY HEALTH CLINICS, LLC, an Oklahoma corporation; SEBASTIAN COUNTY, ARKANSAS; JAWAUN LEWIS, DO; CHRISTEENA FERGUSON; and J. DOES 1-20,<br><br>DEFENDANTS. | No. 2:23-cv-02008 PKH |

**WESTERN ARKANSAS COUNSELLING AND GUIDANCE CENTER, INCORPORATED'S MOTION TO QUASH AND BRIEF IN SUPPORT OR LIMIT SUBPOENA IF TURN KEY IS NOT SATISFIED WITH WHAT WAS PRODUCED**

On or about April 11, 2024, Turn Key Health Clinics, LLC, Jawaun Lewis, D.O. and Christeena Ferguson (collectively "Turn Key") served a Subpoena upon Rusti Holwick of Western Arkansas Counselling and Guidance Center, Incorporated ("WACGC") and upon Datonna Cross of WACGC. The Subpoena seeks vast amounts of confidential and propriety financial information that has nothing to do with the present lawsuit. *See* Subpoenas Duces Tecum collectively attached hereto as Exhibit "A".

**WACGC believes it has resolved these issues with Turn Key's counsel but is filing this to preserve its objection in case Turn Key raises any objections to the items provided in response to the Subpoena. The parties agreed to move the response deadline to April 29, 2024.**

1

Rusti Holwick of WACGC objects to the Subpoena's request regarding drafts of the April 4, 2024, Affidavit (believe means Declaration) because all communication between Rusti Holwick regarding drafts of the Declaration would have been attorney-client privileged communication with the undersigned counsel. The original draft sent to WACGC's counsel will be provided.

The Subpoena is only being responded to on behalf of communications with Rusti Holwick, CEO of WACGC, and no other party at WACGC. Otherwise, the Subpoena would be requesting confidential medical records between patients at the jail and WACGC's counselors but the Subpoena was only addressed to Rusti Holwick. Patient consent or notice under 45 CFR 164.512(e) would be required to obtain any patient records and other patient records would be irrelevant to this case.

A Subpoena was also left for Datonna Cross but she is no longer an employee, and, therefore, cannot be served at WACGC so service was not valid. **Based on the agreement with Turn Key's counsel, it recognizes service is not valid.** Further, it requests the same items except the drafts of the Affidavit was added to Rusti Holwick's Subpoena.

## ARGUMENTS AND AUTHORITIES

Under Rule 26(c) of FRCP, this Court may limit the extent of discovery:

> ...the court may, for good cause, issue an order to protect a party or person from <u>annoyance, embarrassment, oppression,</u> or <u>undue burden</u> or expense....

(emphasis added.) See also *Wal-Mart Stores, Inc. v. Vidalakis,* Slip Copy, 2007 WL 4591569 at *2 (W.D. Ark. 2007) ("It is well-established that the scope and conduct of discovery are within the sound discretion of the trial court.").

Relevant evidence is defined by the Federal Rules of Evidence ("FRE") as "evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence." FRE Rule 401. The courts have consistently recognized that discovery statutes do not allow a party "to roam in shadow zones of relevancy and to explore matter which does not presently appear germane...". *In re Fontaine,* 402 F. Supp. 1219, 1221 (E.D.N.Y. 1975). Rather, the goal of discovery is to permit a litigant to obtain whatever information he may need to

prepare adequately for issues that may develop without imposing an onerous burden on his adversary. "[W]hen the requests approach the outer bounds of relevance and the information requested may only marginally enhance the objectives of providing information to the parties or narrowing the issues, the Court must then weigh that request with the hardship to the party from whom the discovery is sought." *Carlson Companies, Inc. v. Sperry & Hutchinson Co.,* 374 F. Supp. 1080, 1088 (D. Minn. 1973).

This unlimited discovery on a non-party is expensive and unreasonable. It is unreasonable to request a non-party that has its principal place of business in Fort Smith, Arkansas to produce documents in Oklahoma City, Oklahoma on a set date for an action brought in Arkansas in the Fort Smith Division:

> § 21:15. Discovery expenses, 2 Arkansas Civil Prac. & Proc. § 21:15 (5th ed.) provides as follows:
>
> With respect to non-parties, Ark. R. Civ. P. 45(b) provides that the court may on motion quash or modify a subpoena duces tecum that is "unreasonable or oppressive" or condition denial of the motion on "the advancement by the person in whose behalf the subpoena is issued of the reasonable cost of producing the books, papers, documents or tangible things." Moreover, Rule 45(e) expressly provides that such a subpoena is "subject to the provisions of Rule 26(c)."
>
> Thus, the court has discretion to condition the enforcement of a subpoena duces tecum on the serving party's paying for the non-party's costs of production.
>
> In exercising their discretion, courts "must be sensitive to the potential burden imposed on a non-party during discovery, by balancing the need for the material against the burden (financial or otherwise) to be imposed, the possibility of lightening it through a protective order, the financial resources of the non-party, and the non-party's interest (if any) in the final outcome of the litigation." The public importance of the litigation is also a relevant consideration.

**Again, this issue has been resolved because Turn Key's counsel agreed they could be submitted by the date and no actual person had to provide them at a set time.**

"It is not at this point clear whether the same broad test for relevance of documents will be utilized with respect to third parties. There appear to be quite strong considerations indicating that the discovery would be more limited to protect third parties from harassment, inconvenience, or disclosure of confidential documents." *Collins & Aikman Corp. v. J. P. Stevens & Co.,* 51 F.R.D. 219, 221 (D.C.S.C.

1971). Weight should be given to nonparty status when assessing the burden of compliance with a discovery request. *In re County of Orange*, Bkrtcy., 208 B.R. 117 (D.C.N.Y. 1997).

The Subpoena to WACGC is overly broad, unduly burdensome and invasive. Defendants seek an unlimited amount of information like all communications with employees of Sebastian County. WACGC has been in business for 52 years and during most of those years has had a business relationship with Sebastian County. This Subpoena should be limited in time and to only apply to matters that would had to do with WACGC's relationship to the jail or the Sebastian County Detention Center. Thus, the Subpoena presents the classic financial "fishing expedition" with no factual or legal justification. Requiring compliance with the Subpoena would be oppressive, as well as unduly burdensome.

**Based on the agreement with Turn Key's counsel, the Subpoena has been limited to January 1, 2018 - September 1, 2021, and limiting the communications to those regarding the jail or the Sebastian County Detention Center.**

## CONCLUSION

Based upon the foregoing, WACGC respectfully requests this Court to enter a Protective Order or Order quashing certain portions of the Subpoena to WACGC issued by Turn Key if Turn Key is not satisfied with what has been produced.

        WESTERN ARKANSAS COUNSELLING AND
        GUIDANCE CENTER, INCORPORATED

        JONES, JACKSON, MOLL, McGINNIS
          & STOCKS, PLC
        P.O. Box 2023
        401 N. 7th Street
        Fort Smith, AR 72902-2023
        479-782-7203
        479-782-9460 Fax
        kstocks@jjmlaw.com


By:/s/ Kathryn A. Stocks
      Kathryn A. Stocks
      AR Bar No. 91116

## CERTIFICATE OF SERVICE

      I, Kathryn A. Stocks, do hereby certify that on the 25th day of April, 2024, I filed the foregoing electronically through the CM/ECF electronic filing system, which provides a notification of the filing to the following attorneys of record:

**Christeena Ferguson**
*Added: 01/13/2023*
*(Defendant)*

represented by

**Alexandra Gabrielle Ah Loy**
Hall Booth Smith, P.C.
6301 Waterford Blvd. Ste. 200
Oklahoma City, OK 73118
405-513-7111
405-768-1414 (fax)
allieahloy@hallboothsmith.com
*Assigned: 02/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie Anna Hill**
Hall Booth Smith, P.C.
200 River Market Avenue
Suite 500
Little Rock, AR 72201
501-455-9172
jhill@hallboothsmith.com
*Assigned: 11/20/2023*
*ATTORNEY TO BE NOTICED*

**Zachary E Williams**
Hall Booth Smith, PC
6301 Waterford Blvd
Suite 200
Oklahoma City, OK 73118
405-513-7111
zwilliams@hallboothsmith.com
*Assigned: 08/25/2023*
*ATTORNEY TO BE NOTICED*

**J. Does 1-20**
*Added: 01/13/2023*
*(Defendant)*

**DO Jawan Lewis**
*Added: 01/13/2023*
*(Defendant)*

represented by

**Alexandra Gabrielle Ah Loy**
Hall Booth Smith, P.C.
6301 Waterford Blvd. Ste. 200
Oklahoma City, OK 73118
405-513-7111
405-768-1414 (fax)
allieahloy@hallboothsmith.com
*Assigned: 02/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie Anna Hill**
Hall Booth Smith, P.C.
200 River Market Avenue
Suite 500
Little Rock, AR 72201
501-455-9172
jhill@hallboothsmith.com
*Assigned: 11/20/2023*
*ATTORNEY TO BE NOTICED*

**Zachary E Williams**
Hall Booth Smith, PC
6301 Waterford Blvd
Suite 200
Oklahoma City, OK 73118
405-513-7111
zwilliams@hallboothsmith.com
*Assigned: 08/25/2023*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Sebastian County, Arkansas**<br>*Added: 01/13/2023*<br>*(Defendant)* | represented by | **Jason E. Owens**<br>Jason Owens Law Firm, P.A.<br>P.O. Box 850<br>Conway, AR 72033-0850<br>501-764-4334<br>owens@jowenslawfirm.com<br>*Assigned: 02/13/2023*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **The Estate of Larry Eugene Price, Jr.**<br>by and through its Special Administrator, Rodney Price<br><br>*Added: 01/13/2023*<br>*(Plaintiff)* | represented by | **Hank Balson**<br>Budge & Heipt, PLLC<br>808 E. Roy St.<br>Seattle, WA 98102<br>206-624-3060<br>hank@budgeandheipt.com<br>*Assigned: 01/13/2023*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Edwin Budge**<br>Budge & Heipt PLLC<br>808 East Roy Street<br>Seattle, WA 98102<br>206-624-3060<br>ed@budgeandheipt.com<br>*Assigned: 01/13/2023*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Erik Heipt**<br>Budge & Heipt PLLC<br>808 East Roy Street<br>Seattle, WA 98102<br>206-624-3060<br>erik@budgeandheipt.com<br>*Assigned: 01/13/2023*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Turn Key Health Clinics, LLC**<br>*Added: 01/13/2023*<br>*(Defendant)* | represented by | **Alexandra Gabrielle Ah Loy**<br>Hall Booth Smith, P.C.<br>6301 Waterford Blvd. Ste. 200<br>Oklahoma City, OK 73118<br>405-513-7111<br>405-768-1414 (fax)<br>allieahloy@hallboothsmith.com<br>*Assigned: 02/09/2023*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Julie Anna Hill**<br>Hall Booth Smith, P.C.<br>200 River Market Avenue<br>Suite 500<br>Little Rock, AR 72201<br>501-455-9172<br>jhill@hallboothsmith.com<br>*Assigned: 11/20/2023*<br>*ATTORNEY TO BE NOTICED*<br><br>**Zachary E Williams**<br>Hall Booth Smith, PC<br>6301 Waterford Blvd<br>Suite 200<br>Oklahoma City, OK 73118<br>405-513-7111<br>zwilliams@hallboothsmith.com<br>*Assigned: 08/25/2023*<br>*ATTORNEY TO BE NOTICED* |

/s/ Kathryn A. Stocks
Kathryn A. Stocks

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

THE ESTATE OF LARRY EUGENE
PRICE JR., by and through its Special
Administrator, Rodney Price,

      PLAINTIFF,                      No. 2:23-cv-02008 PKH

      v.

TURN KEY HEALTH CLINICS, LLC, an
Oklahoma corporation; SEBASTIAN
COUNTY, ARKANSAS; JAWAUN
LEWIS, DO; CHRISTEENA FERGUSON;
and J. DOES 1-20,

      DEFENDANTS.

## SUBPOENA DUCES TECUM

TO:    RUSTI HOLWICK
          Western Arkansas Guidance Center, 3111 S. 70th St, Fort Smith, AR 72903

      You are commanded to produce and permit inspection and copying of the following described documents/things at the offices of Hall Booth Smith, P.C., attorneys for Defendants Turn Key Health Clinics, LLC, Jawaun Lewis, D.O., and Christeena Ferguson, located at 6301 Waterford Blvd, Oklahoma City, OK 73118, at 12:00 o'clock P.M. on April 22, 2024.

**Any and all communications between you and Plaintiff's counsel, Turn Key Health Clinics, LLC, and/or employees of Sebastian County; All drafts of the April 4, 2024 affidavit.**

      To allow objections to the production of documents and things to be filed, you should not produce them until the date specified in this subpoena, and, if an objection is filed, until the court rules on said objection.

A. **Instructions**

1. In responding to this Subpoena Duces Tecum, you are required to furnish all documents that are available to you, or that you may obtain by reasonable inquiry, including documents in the possession of your attorneys, accountants, advisors, or other persons directly or indirectly



employed by, or connected with, you or your attorneys, or anyone else otherwise subject to your control. If you object to production of any document or category of documents, or any part of a document or category of documents, you are required to furnish the documents or categories of documents, or parts of documents or categories of documents to which you do not object.

2. The form or forms in which electronically stored information is to be produced is **.pdf; .wav; .mov; or any other form available that is not listed herein.** 3. If you object to the production of any of the documents or parts of the documents described above, then, to assist the court in ruling on your objection, with respect to each document that you do not produce:

    (a) State the date and nature of the document;

    (b) State the name of the person who wrote the document and, if it is a letter, the person to whom it was addressed;

    (c) Describe the subject matter of the document;

    (d) State the grounds of your objection; and

    (e) State the name and business and residence address and telephone number of each person who has possession, custody, or control of the document.

## B. Definitions

1. "You" or "your" refers to Rusti Holwick and any of her agents, employees, or representatives.

2. "Person" refers to any entity, including but not limited to any natural person, partnership, corporation, company, trust, estate, joint venture, or association of persons.

3. "Document" refers to any form of data compilation whether produced, reproduced, or stored on paper or electronically. A "document" includes, but is not limited to, writings, drawings, graphs, charts, photographs, motion picture films, phonograph records, tape and video recordings, records, computer files, emails, spreadsheets, and shall also include, but not be limited to, any draft or copy (with or without notes of changes thereon) of a writing or document.

4. "Sebastian County" refers both to all individuals employed by Sebastian County, and Defendant Sebastian County.

Respectfully submitted,

Alexandra G. Ah Loy, AR Bar #2020020
Zachary Williams, OBA #34050
HALL BOOTH SMITH, P.C.
6301 Waterford Blvd., Ste. 200
Oklahoma City, OK 73118
Telephone: (405) 513-7111
Facsimile: (405) 768-1414
E-Mail: AllieAhLoy@hallboothsmith.com
E-Mail: zwilliams@hallboothsmith.com

*Attorneys for Defendants Turn Key Health Clinics, LLC, Jawaun Lewis, D.O., and Christeena Ferguson*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Edwin Budge | ed@budgeandheipt.com |
| Erik Heipt | erik@budgeandheipt.com |
| Hank Balson | hand@budgeandheipt.com |
| Jason E. Owens | owens@jowenslawfirm.com |

*s/ Zachary Williams*
ZACHARY WILLIAMS

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

THE ESTATE OF LARRY EUGENE
PRICE JR., by and through its Special
Administrator, Rodney Price,

        PLAINTIFF,

v.

TURN KEY HEALTH CLINICS, LLC, an
Oklahoma corporation; SEBASTIAN
COUNTY, ARKANSAS; JAWAUN
LEWIS, DO; CHRISTEENA FERGUSON;
and J. DOES 1-20,

        DEFENDANTS.

No. 2:23-cv-02008 PKH

## SUBPOENA DUCES TECUM

TO:    DATONNA CROSS
          Western Arkansas Guidance Center, 3111 S. 70th St, Fort Smith, AR 72903

      You are commanded to produce and permit inspection and copying of the following described documents/things at the offices of Hall Booth Smith, P.C., attorneys for Defendants Turn Key Health Clinics, LLC, Jawaun Lewis, D.O., and Christeena Ferguson, located at 6301 Waterford Blvd, Oklahoma City, OK 73118, at 12:00 o'clock P.M. on April 22, 2024.

**Any and all communications between you and Plaintiff's counsel, Turn Key Health Clinics, LLC, and/or employees of Sebastian County.**

      To allow objections to the production of documents and things to be filed, you should not produce them until the date specified in this subpoena, and, if an objection is filed, until the court rules on said objection.

A. **Instructions**

1. In responding to this Subpoena Duces Tecum, you are required to furnish all documents that are available to you, or that you may obtain by reasonable inquiry, including documents in the possession of your attorneys, accountants, advisors, or other persons directly or indirectly

employed by, or connected with, you or your attorneys, or anyone else otherwise subject to your control. If you object to production of any document or category of documents, or any part of a document or category of documents, you are required to furnish the documents or categories of documents, or parts of documents or categories of documents to which you do not object.

2. The form or forms in which electronically stored information is to be produced is **.pdf; .wav; .mov; or any other form available that is not listed herein.** 3. If you object to the production of any of the documents or parts of the documents described above, then, to assist the court in ruling on your objection, with respect to each document that you do not produce:

    (a) State the date and nature of the document;
    (b) State the name of the person who wrote the document and, if it is a letter, the person to whom it was addressed;
    (c) Describe the subject matter of the document;
    (d) State the grounds of your objection; and
    (e) State the name and business and residence address and telephone number of each person who has possession, custody, or control of the document.

## B. Definitions

1. "You" or "your" refers to Datonna Cross and any of her agents, employees, or representatives.

2. "Person" refers to any entity, including but not limited to any natural person, partnership, corporation, company, trust, estate, joint venture, or association of persons.

3. "Document" refers to any form of data compilation whether produced, reproduced, or stored on paper or electronically. A "document" includes, but is not limited to, writings, drawings, graphs, charts, photographs, motion picture films, phonograph records, tape and video recordings, records, computer files, emails, spreadsheets, and shall also include, but not be limited to, any draft or copy (with or without notes of changes thereon) of a writing or document.

4. "Sebastian County" refers both to all individuals employed by Sebastian County, and Defendant Sebastian County.

Respectfully submitted,

*/s/ Allie Ah Loy*

Alexandra G. Ah Loy, AR Bar #2020020
Zachary Williams, OBA #34050
HALL BOOTH SMITH, P.C.
6301 Waterford Blvd., Ste. 200
Oklahoma City, OK 73118
Telephone: (405) 513-7111
Facsimile: (405) 768-1414
E-Mail: AllieAhLoy@hallboothsmith.com
E-Mail: zwilliams@hallboothsmith.com

*Attorneys for Defendants Turn Key Health Clinics, LLC, Jawaun Lewis, D.O., and Christeena Ferguson*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Edwin Budge | ed@budgeandheipt.com |
| Erik Heipt | erik@budgeandheipt.com |
| Hank Balson | hand@budgeandheipt.com |
| Jason E. Owens | owens@jowenslawfirm.com |

*s/ Zachary Williams*
ZACHARY WILLIAMS