## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

**THE ESTATE OF LARRY EUGENE PRICE, JR.,**
by and through its Special Administrator,
Rodney Price                                                                                          **PLAINTIFF**

V.                                      CASE NO. 2:23-CV-2008

**TURN KEY HEALTH CLINICS, LLC;**
**DO JAWAN LEWIS; CHRISTEENA FERGUSON;**
**and J. DOES 1–20**                                                                             **DEFENDANTS**

### ORDER OF DISMISSAL

**IT APPEARING** to the Court that the matter has been settled, counsel for all parties having so advised the Court, it is **ORDERED** that the case be, and it is hereby, **DISMISSED WITH PREJUDICE**, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days from the file date of this Order.

The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

**IT IS SO ORDERED** on this 11th day of October, 2024.

                                                      /s/ Timothy L. Brooks
                                                      TIMOTHY L. BROOKS
                                                      UNITED STATES DISTRICT JUDGE